**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ellancer Allen McGRADY, a/k/a Lance,**
**Defendant–Appellant.**

No. 10–7739.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2011.

Decided: Aug. 1, 2011.

Ellancer Allen McGrady, Appellant Pro Se. Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellancer Allen McGrady appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McGrady,* No. 4:94–cr–00044–MR–1, 2010 WL 4823281 (W.D.N.C. Nov. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*